IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00298-RPM

DARCY CHEN,

    Plaintiff,

v.

CENTURA HEALTH,

    Defendant.
_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [Doc. 16], it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED: June 10th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge